IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **MESA DIGITAL, LLC,**         Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 6:21-cv-01038-ADA |
| **BEST BUY CO., INC.,**         Defendant. | ) ) ) | **JURY TRIAL DEMANDED** |

**UNOPPOSED NOTICE FOR EXTENSION OF TIME TO ANSWER, MOVE,
OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Best Buy Co., Inc. ("Defendant") files this Notice for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's First Amended Complaint. Defendant has contacted Plaintiff's counsel and requested an extension to answer, move, or otherwise respond to the First Amended Complaint, without waiving any defenses, including but not limited to all FED. R. CIV. P. 12 defenses. Plaintiff is agreeable to same. Therefore, Defendant files this unopposed notice on the parties' agreed extension of time to answer, move, or otherwise respond to the First Amended Complaint until and through February 23, 2022.

Dated:  January 21, 2022

Respectfully Submitted,

By:  */s/ Allen F. Gardner*
Allen F. Gardner (TX Bar No.: 24043679)
G. Evan Spencer (TX Bar No.: 24113493)
**ALLEN GARDNER LAW, PLLC**
609 S. Fannin
Tyler, TX 75701
Tel: (903) 944-7537
Fax: (903) 944-7856
allen@allengardnerlaw.com
evan@allengardnerlaw.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

     A true and correct copy of the forgoing instrument was served or delivered electronically via U.S. District Court [LIVE] – Document Filing System, to all counsel of record, on this 21st day of January, 2022.

                                                   */s/ Allen F. Gardner*
                                                   Allen F. Gardner