# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **MESA DIGITAL, LLC,** ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 6:21-cv-01038-ADA |
| v. ) | |
| ) | |
| **BEST BUY CO., INC.** ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## PARTIAL MOTION TO DISMISS
## THE BULLITT GROUP, LTD.

Mesa Digital, LLC ('Mesa" or Plaintiff') respectfully files this Partial Motion to Dismiss for Defendant, The Bullitt Group, Ltd. from this lawsuit, without prejudice to refiling. Plaintiff has evaluated its case and intends to remove issues in this present case.

Dated: March 9, 2022

Respectfully submitted,

/s/ William P. Ramey
William P. Ramey, III

Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

*Attorneys for Mesa Digital, LLC*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that March 9, 2022, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/William P. Ramey, III
William P. Ramey, III
