**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION**

| | |
|---|---|
| MESA DIGITAL, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BEST BUY CO., INC.<br><br>*Defendant*. | Case No. 6:21-cv-001038 (ADA) |

**UNOPPOSED NOTICE FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Best Buy Co., Inc. ("Defendant") files this Notice for Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's Third Amended Complaint [DKT 15]. Defendant has contacted Plaintiff's counsel and requested an extension to answer, move, or otherwise respond to the Third Amended Complaint, without waiving any defenses, including but not limited to all FED. R. CIV. P. 12 defenses. Plaintiff is agreeable to same as Plaintiff is attempting to serve a co-defendant in the case that is not a U.S. entity. Therefore, Defendant files this unopposed notice on the parties' agreed extension of time to answer, move, or otherwise respond to the Third Amended Complaint until and through May 27, 2022.

Dated: March 9, 2022                                    Respectfully submitted,

                                                    By:   /s/ Allen F. Gardner
                                                          Allen F. Gardner (TX Bar No.:  24043679)
                                                          **ALLEN GARDNER LAW, PLLC**
                                                          609 S. Fannin
                                                          Tyler, TX 75701
                                                          Tel: (903) 944-7537
                                                          Fax: (903) 597-2224
                                                          allen@allengardnerlaw.com

                                                          **ATTORNEY FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 9th day of March, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3)

                                                          /s/ Allen F. Gardner