# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MESA DIGITAL, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>BEST BUY CO., INC.<br><br>*Defendant*. | Case No. 6:21-cv-001038<br><br>**Jury Trial Demanded** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Best Buy Co., Inc. declares its corporate relationships as follows (and provides this information for purposes of clarity as to the correct entities):

**Best Buy Co., Inc.**
Best Buy Co., Inc. is a publicly traded company. Based solely on the filings made by its shareholders, no publicly held corporation owns 10% or more of Best Buy Co., Inc.'s stock as of 3/31/2022.

**Best Buy Stores, L.P.**
Best Buy Stores, L.P., a Virginia limited partnership, is an indirect subsidiary of Best Buy Co., Inc., a publicly traded company. Based solely on the filings made by its shareholders, no publicly held corporation owns 10% or more of Best Buy Co., Inc.'s stock as of 3/31/2022.

**BestBuy.com, LLC**
BestBuy.com, LLC, a Virginia limited liability company, is an indirect subsidiary of Best Buy Co., Inc., a publicly traded company. Based solely on the filings made by its shareholders, no publicly held corporation owns 10% or more of Best Buy Co., Inc.'s stock as of 3/31/2022.

RESPECTFULLY, submitted this 27th day of May, 2022

May 27, 2022                                        Respectfully Submitted,

                                                By:   /s/ *Allen F. Gardner*
                                                     Allen F. Gardner
                                                     TX Bar No.: 24043679
                                                   **ALLEN GARDNER LAW, PLLC**
                                                   609 S. Fannin
                                                   Tyler, TX 75701
                                                   Tel: (903) 944-7537
                                                   Fax: (903) 944-7856
                                                   allen@allengardnerlaw.com

                                                   **ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the twenty seventh day of May, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                         */s/ Allen F. Gardner*