# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **MESA DIGITAL, LLC,**<br>    **Plaintiff,**<br><br>v.<br><br>**BEST BUY CO., INC.**<br>    **Defendant.** | )<br>)<br>)   Civil Action No. 6:21-cv-01038-ADA<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is Plaintiff's, Mesa Digital, LLC ("Mesa") Motion of Dismiss The Bullitt Group, Ltd. After consideration, the Court is of the opinion that the Motion should be and hereby is GRANTED.

It is **THEREFORE ORDERED** that all claims for relief that were asserted by Mesa against The Bullitt Group, Ltd. in the above-captioned action are **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own costs, expenses, and attorneys' fees.

Date: July 1, 2022

_____
ALAN D ALBRIGHT
HONORABLE JUDGE PRESIDING